# O'CONNOR, CRAIG, GOULD & EVANS
## AN ASSOCIATION OF ATTORNEY AT LAW
### 2500 TANGLEWILDE
### SUITE 222
### HOUSTON, TEXAS 77063
### (713) 266-3311
### Facsimile: (713) 953-7513

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE

CLERK_____

01-15-00210-CV

Lesley C.O' Connor
loconnor@oconnorcraig.com

March 2, 2015

M. Karinne McCullough
Clerk of the First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

*Via Regular Mail*

Re:    Cause No. 2014-22168; Francisco Calleja-Ahedo v. Compass Bank in the 55th Judicial District Court of Harris County, Texas.

Dear Clerk:

Enclosed is a copy of Notice of Appeal filed with the 55th District Court of Harris County, Texas on March 2, 2015.

Thank you for your courtesies.

Very Truly Yours,

O'CONNOR, CRAIG, GOULD & EVANS

By: _____
Lesley C. O' Connor

01-15-00240-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE
CLERK _____

CAUSE NO. 2014-22168

| | | |
|---|---|---|
| FRANCISCO CALLEJA-AHEDO, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| COMPASS BANK, | § | |
| Defendant. | § | 55TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Plaintiff Francisco Calleja-Ahedo hereby gives notice of his intent to appeal, pursuant to Civil Prac. & Rem. Code §51.012, the trial court's final summary judgment in favor of Compass Bank on all of Plaintiff's claims against Compass Bank and on all of Compass Bank's claims against Plaintiff. This appeal is taken to either the First or Fourteenth Court Appeals.

Respectfully submitted,

O'CONNOR, CRAIG, GOULD, EVANS & ROHR

By: _____

Michael C. O'Connor
State Bar No. 15187000
Lesley C. O'Connor
State Bar No. 24086952
2500 Tanglewilde, Suite 222
Houston, Texas 77063
(713) 266-3311
(713) 953-7513 (Fax)

**ATTORNEYS FOR PLAINTIFF/APPELLANT
FRANCISCO CALLEJA-AHEDO**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by electronic service in accordance with Rule 21a on this 2nd day of March, 2015

_____
Lesley C. O'Connor



Lesley C. O'Connor
**O'Connor, Craig, Gould & Evans**
2500 Tanglewilde, Suite 222
Houston, Texas 77063

FIRST-CLASS MAIL

neopost
03/02/2015
US POSTAGE
$00.48

ZIP 77063
041L10235655

M. Karinne McCullough
Clerk of the First Court of Appeals
301 Fannin
Houston, TX 77002

RECEIVED
COURT OF APPEALS
FIRST JUDICIAL
MAR - 6 2015
CHRISTOPHER A. PRINE
CLERK

7700220669